THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
EDWARD J. HARRISON, Respondent.

*People* v. *Harrison*, 170 App. Div. 802, affirmed.
(Argued June 13, 1916; decided October 24, 1916.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered December 30, 1915, which affirmed a judgment
of the Court of Special Sessions of the city of New
York sustaining a demurrer to an information charging
defendant with unlawfully engaging in business as an
undertaker without having first obtained a license as
required by section 295 of the Public Health Law, as
amended by chapter 71 of the Laws of 1913. The
Appellate Division held the statute unconstitutional.

*Egburt E. Woodbury,* Attorney - General (*Edward
G. Griffin* of counsel), for appellant.

*Arthur F. Driscoll* for respondent.

Judgment affirmed on authority of *People* v. *Ringe*
(197 N. Y. 143).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK and HOGAN, JJ. Not voting: POUND, J.